FRED H. EMENS, Appellant, v. LOUIS HENKIN and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HUGH A. CROWLEY, Respondent, v. BERNARD HENDERSON, Appellant.— Order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOHN C. HULL and Others, Respondents, v. EDWARD P. SHANNON and Others, Appellants.— Following the determination made in *Tubin* v. *Springfield Fire & Marine Ins. Co.* (222 App. Div. 852), and for the reasons stated in the memorandum opinion in that case, the last paragraph of the order appealed from is modified so as to provide that in place and stead of the eight purported judgments the defendants herein may enter one judgment under the caption of the above-entitled action, and the combined parties defendant in this action who originally brought their several actions as plaintiffs in Kings county (excepting the defendant Edward P. Shannon, Jr.) may tax such plaintiffs' costs only as they would have been entitled to tax them had they brought their actions in consolidated form in one action against all the plaintiffs in this action; and all the parties defendant in this action who originally were defendants in the several actions brought in Niagara county may each tax a full bill of defendants' costs up to the time of the making of the stipulation and order of consolidation and all such parties defendant may tax but one bill of costs accruing after the consolidation. The order as thus modified is affirmed, without costs of this appeal to any party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [139 Misc. 564.]

LOU L. HANLON, Respondent, v. STERLING MATERIALS COMPANY, LIMITED, and Another, Appellants.— Order affirmed, with costs, on the ground that the causes of action are properly united under subdivision 6 of section 258 of the Civil Practice Act. (*Benedict* v. *Guardian Trust Co.*, 58 App. Div. 302; S. C., 91 id. 103; *Keeler* v. *Dunham*, 114 id. 94.) All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HOME NOODLE MANUFACTURING COMPANY, INC., Respondent, v. MARTIAL DEL NERO and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.